IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNTA Q. BARBER                                                          PETITIONER

V.                              CASE NO. 5:17-CV-4

WENDY KELLEY Director,
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 12th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE